Probation Form No. 35
(5/00)

**Report and Order Terminating**
**Probation or Supervised Release**
**Before Original Expiration Date**

## United States District Court
### for the
### District of New Hampshire

United States of America

      V.

Christopher DeVito

      Criminal Case: 02CR00140-001-M

On September 20, 2006, this defendant was placed on supervision for three years. The defendant has complied with the court's restrictions and no longer needs supervision. I recommend that this person be discharged from supervised release.

Respectfully submitted,

Jesus Perez
United States Probation Officer

### Order of Discharge

On the probation officer's recommendation, the defendant is discharged from supervised release, and these proceedings are terminated.

Signed _____, 2008, at Concord, New Hampshire.

Steven J. McAuliffe
United States District Judge

Pursuant to Rule 32.1(c)(2)(C),
F.R.C.P., the United States Attorney
was served notice on

of this requested action.